**Maureen ZAJACS, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 00–3408.

United States Court of Appeals, Federal Circuit.

DECIDED: June 13, 2001.

Before NEWMAN, GAJARSA, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36